for failure to prosecute in accordance with the rules.

**Diana DAWSON, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Department of Justice, and Domingo S. Herraiz, Director, Bureau of Justice Assistance, Respondents.**

No. 2006–1412.

United States Court of Appeals,
Federal Circuit.

July 5, 2006.

*ORDER*

On June 12, 2006, the court issued an order allowing the parties 14 days to object to the transfer of this appeal to the United States Court of Federal Claims. No objection has been received within the time allowed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is transferred to the United States Court of Federal Claims.

(2) Each side shall bear its own costs.

**Tommie D. UNDERWOOD, Petitioner,**

v.

**DEPARTMENT OF THE TREASURY, Respondent.**

No. 2006–3261.

United States Court of Appeals,
Federal Circuit.

July 5, 2006.

Tommie D. Underwood, pro se.

**ORDER**

Order Vacated, See 2006 WL 2327256.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.